### (February 24, 1966)

■ NILS JERNBERG, Respondent, v. VIRTIS COMPANY, INC., Appellant.— Motion for permission to omit summons and specified exhibits from the record on appeal denied, without costs. The record on appeal must include "any relevant exhibits" (CPLR 5526; cf. former Rules Civ. Prac., rule 232); but printing of the exhibits may properly be omitted by use of the appendix method (7 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 5526.02). Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

### FOURTH DEPARTMENT, FEBRUARY, 1966

### (February 17, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PABLO FELICI-ANO, Appellant.— Judgment unanimously reversed and indictment dismissed. Memorandum: Following argument and submission of this appeal an intermediate order denying a motion to suppress certain evidence was reversed and that pretrial proceeding remanded to Erie County Court (23 A D 2d 806). Thereafter, an order was made by County Court suppressing the evidence upon a finding that the search warrant was invalid. The court is informed by the District Attorney that he does not seek a review of the correctness of that determination. He further concedes that in the absence of the suppressed evidence a new trial would be futile. (Appeal from judgment of Erie County Court convicting defendant of contriving a lottery in violation of sections 1370 and 1372 of the Penal Law, and possession of policy slips in violation of section 975 of the Penal Law.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.